IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 04-cr-00180-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GWEN BERGMAN

    Defendant.

_____

**ORDER**
_____

This matter is before me on the defendant's "Motion to: Default Summary Judgment Affidavit for Non-Response" filed January 23, 2006. The notice of appeal was filed January 20, 2005, and this case is presently on appeal.

> The filing of a notice of appeal is an event of jurisdictional significance–it confers jurisdiction on the Court of Appeals and divests the district court of its control over those aspects of the case involved in the appeal.

*Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58 (1982). *See also United*

*States v. Johns*, 638 F.2d 222, 224 and n.3 (10th Cir. 1981) (district court loses jurisdiction after appeal is filed).

 Accordingly, the motion is denied for lack of jurisdiction.

 DATED at Denver, Colorado, on January 25, 2006

              BY THE COURT:


              s/ Walker D. Miller
              United States District Judge