IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 04-cr-00180-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GWEN BERGMAN

    Defendant.

_____

**ORDER**
_____

This matter is before me on the defendant's Motion for Disclosure, Motion to Dismiss, Motion to Grant Defendant's Request for Documents and Motion to Vacate.

This case is presently on appeal.

> The filing of a notice of appeal is an event of jurisdictional significance–it confers jurisdiction on the Court of Appeals and divests the district court of its control over those aspects of the case involved in the appeal.

*Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58 (1982). See also United

*States v. Johns*, 638 F.2d 222, 224 and n.3 (10th Cir. 1981) (district court loses jurisdiction after appeal is filed).

    Accordingly, the motions are denied for lack of jurisdiction.

    DATED at Denver, Colorado, on August 7, 2006

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge