IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 04-cr-00180-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GWEN BERGMAN

      Defendant.

_____

**ORDER**
_____

      This matter is before me on defendant's Motion to Withdraw and Motion to Allow

the Defendant to Proceed Pro Se or in the Alternative for Appointment of CJA Counsel

and defendant's Motion to Determine Competency of Defendant.  Both of these motions

were filed by counsel while defendant, acting *pro se*, has filed several motions,

including efforts to have her counsel removed, most of which motions have been

stricken as prohibited hybrid representation.  As to remaining motions, I first need to

decide the issue of competency, since the question of whether defendant may waive

counsel requires that I determine, among other things, that she is competent to do so.

*See United States v. Boigegrain*, 155 F.3d 1181, 1185-6 (10th Cir. 1998).

      Defense counsel asserts reasonable cause to believe defendant is mentally

incompetent.  Defendant disagrees and seeks removal of defense counsel or the right

to proceed *pro se.*  These circumstances present a circumstance of inherent conflict which may deny defendant legal representation.  *See Boigegrain*, 155 F.3d at 1192-1193 (Holloway, J., dissenting).  In these circumstances it is appropriate to appoint special counsel to represent defendant individually in connection with the motion to determine competency.

Since defendant is represented by the Public Defender and is otherwise qualified for appointment of counsel, a CJA attorney should be appointed for this purpose.

I am sufficiently advised in the premises and conclude that there is reasonable cause to believe that defendant may be mentally incompetent to understand the proceedings or to assist in her defense.

Accordingly, it is ordered:

1.   A special attorney shall be appointed from the CJA panel to represent the defendant in all proceedings concerning the determination of her mental competency pursuant to 18 U.S.C. §§   4241 *et seq*;

2.  A psychiatric or psychological examination of defendant shall be conducted pursuant to order to be issued following input from special counsel;

3.  Defense counsel shall fully cooperate with special counsel to provide him complete access to all discovery and other matters subject to by defense counsel's control;

4.  On or before November 24, 2006, special counsel shall file a status report indicating what if any conditions defendant requests be imposed as part of the order for

2

examination to be issued pursuant to § 4241(b);

5.  On or before January 29, 2007, the parties shall file their respective statements of position concerning defendant's competency to proceed; and

6.  Hearing on competency will be held **February 22, 2007, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

DATED at Denver, Colorado, on November 2, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge