IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WALKER D. MILLER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 2, 2006 |
| Court Reporter: Janet Coppock | Time: 40 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO.   04-CR-00180-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | David Conner |
| Plaintiff, | |
| vs. | |
| **GWEN BERGMAN,** | Edward Pluss |
| Defendants. | |

**HEARING ON MOTION TO WITHDRAW and to DETERMINE COMPENTENCY**

**9:38 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Court addresses Ms. Bergman's pro se filings and advises that it will not allow hybrid representations.

**ORDERED:**   Defendant's Pro Se Motion for Release from Custody (**Doc #102**), filed 8/31/06 is **STRICKEN WITHOUT PREJUDICE.**

Page Two
04-CR-00180-WDM
November 2, 2006

**ORDERED:** Defendant's Pro Se Motion to Proceed in Forma Pauperis (**Doc #115**), filed 10/13/06 is **STRICKEN WITHOUT PREJUDICE.**

**ORDERED:** Defendant's Pro Se Motion for Leave to File (**Doc #118**), filed 10/13/06 is **STRICKEN WITHOUT PREJUDICE.**

**ORDERED:** Defendant's Pro Se Motion to Withdraw Attorney (**Doc #119**), filed 10/13/06 is **STRICKEN WITHOUT PREJUDICE.**

**ORDERED:** Defendant's Pro Se Motion to Dismiss (**Doc #126**), filed 10/20/06 is **STRICKEN WITHOUT PREJUDICE.**

**ORDERED:** Defendant's Pro Se Motion Memorandum in Support of Motion for Judgment for Default (**Doc #127**), filed 10/20/06 is **STRICKEN WITHOUT PREJUDICE.**

**ORDERED:** Defendant's Pro Se Motion for Hearing (**Doc #133**), filed 10/26/06 is **STRICKEN WITHOUT PREJUDICE.**

**ORDERED:** Defendant's Pro Se Motion for Judgment to Dismiss Forfeiture Charges (**Doc #134**), filed 10/26/06 is **STRICKEN WITHOUT PREJUDICE.**

**ORDERED:** Defendant's Pro Se Motion to Dismiss (**Doc #135**), filed 10/26//06 is **STRICKEN WITHOUT PREJUDICE.**

Defendant's Pro Se Motion for Emergency Appealability to Give Notice of Appeal Upon Violation of Fifth Amendment Guarantee and United States Constitution from Errors of Law (Doc #136), filed 10/26/06.

Defendant's Pro Se Motion to Notice of Appeal for Denial of Defendant's Right to Speedy Trial (Doc #137), filed 10/26/06.

Court indicates that these motions could be construed as notices of appeal but they do not divest the Court of its jurisdiction and therefore will retain jurisdiction.

Discussion regarding the issues of compentency, withdrawal of counsel and dismissal of the forfeiture count.

Court concludes the competency issue should be addressed prior to the withdrawal of counsel and dismissal of the forfeiture count.

Page Three
04-CR-00180-WDM
November 2, 2006

Discussion regarding appointing special counsel to represent the defendant in the determination of competency.

Comments by Mr. Conner.

Comments by Mr. Pluss.

**ORDERED:** Court will appoint special counsel from the Criminal Justice Act panel. Special counsel will be given the opportunity to make any suggestions with regard to the Court's order of commitment.

**ORDERED:** Court orders a psychological examination of the defendant, pursuant to 4241(b), but the order of commitment will await the appearance of special counsel.

**ORDERED:** Defendant is REMANDED to the custody of the United States Marshal.

**10:18 a.m.    COURT IN RECESS**

**Total in court time:        40 minutes**

**Hearing concluded**