IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 04-cr-00180-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GWEN BERGMAN,

    Defendant.

_____

**ORDER**
_____

    This matter remains before me on defendant's Motion to Determine Competency of Defendant. By order filed November 2, 2006, I had found that there exists reasonable cause to believe that defendant may be mentally incompetent to understand these proceedings or to assist in her defense. Following appointment of special counsel, further briefings by counsel and hearing, I am sufficiently advised to proceed.

    Accordingly, pursuant to 18 U.S.C. §§ 4241 and 4247(b), it is ordered:

    1. A psychiatric examination of defendant shall be conducted by Dr. Susan Bograd whose address is 3300 E. First Avenue, Suite 590, Denver, CO 80206.

    2. Unless unsuitable for the examination, the examination shall be conducted at the institution where defendant is in custody.

3. Upon completion of the examination, Dr. Bograd shall prepare a psychiatric report complying with 18 U.S.C. § 4247(c) and file the same with the court, with copies provided to counsel, by February 8, 2007.

4. The parties shall file their respective statements of position concerning the defendant's competency to proceed on or before February 15, 2007.

5. Hearing on competency will still be held on February 22, 2007, at 9:00 a.m. in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

DATED at Denver, Colorado, on January 5, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge