IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00180-WDM-01

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     GWEN BERGMAN,

       Defendant.

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE COURT has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum pertaining to the above-named defendant for a motions hearing before the United States District Court for the District of Colorado, on the 23rd day of October, 2007 at 9:00 a.m. The Court is familiar with the file in this case.

Being now informed in the premises, the Court hereby orders the Clerk of the United States District Court to issue such a Writ directing the United States Marshal and any other officer in whose custody the defendant may be held to bring the body of Gwen Bergman, (#32578-013), now confined in the Carswell Federal Medical Center, Naval Air Station, J Street, Building 3000, Forth Worth, Texas, before United States District Judge Walker D. Miller, sitting at Denver, Colorado, on the 23rd day of October, 2007 at 9:00 a.m., and from day to day thereafter, for an arraignment hearing in the United States District Court for the District of Colorado in the above-entitled and pending cause; and to hold the said defendant at all times in custody as an agent of the

United States of America; that immediately after the conclusion of the proceedings described in the above-entitled cause in the United States District Court for the District of Colorado, the United States Marshal and any other officer in whose custody the defendant is held shall return the defendant to the institution where she was confined, under safe and secure conduct, and have then and there this Writ.

DATED at Denver, Colorado, this 17th day of October, 2007.

BY THE COURT:

WALKER D. MILLER
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO