# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks          Date: October 23, 2007
Court Reporter: Janet Coppock                  Time: one hour and 16 minutes
Probation Officer: n/a                         Interpreter: n/a

**CASE NO. 04-CR-00180-WDM**

<u>Parties</u>                                         <u>Counsel</u>

**UNITED STATES OF AMERICA,**                       David Conner

      Plaintiff,

vs.

**GWEN EILEEN BERGMAN,**                            Howard Kieffer

      Defendant.

## HEARING REGARDING FORCED MEDICATION

**9: 10 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

Court has received a report indicating the defendant would be competent to proceed with raises the issue of whether the Court has jurisdiction with a notice of appeal pending.

Mr. Conner indicates he is unaware of any case law that permits a competency hearing to proceed during the pendency of a notice of appeal.

Page Two
04-CR-00180-WDM
October 23, 2007

Mr. Kieffer indicates that in light of the Bureau of Prisons findings that the defendant is competent to proceed, the notice of appeal is now moot and he will be withdrawing the notice of appeal.

Discussion regarding the need for a competency hearing or if the matter can be resolved if the Court adopts the findings in the report by the Bureau of Prisons.

Mr. Conner requests time to decide whether the Court should enter findings based on the report by Bureau of Prisons or whether he would want live testimony for purposes of the record.

**ORDERED:**  Hearing continued to **3:00 p.m. on October 23, 2007.**

**ORDERED:**  Defendant is REMANDED to the custody of the United States Marshal.

**9:25 a.m.**     **COURT IN RECESS**

**3:07 p.m.**     **COURT IN SESSION**

Mr. Kieffer tenders to the Court a copy of the voluntary dismissal of the Notice of Appeal.

Discussion on how the Court should proceed.

Mr. Conner indicates he is prepared to the competency hearing and requests the Court take judicial notice to the report from Carswell and for the Court to rule on the issue of competency.

Mr. Kieffer joins Mr. Conner's comments.

**ORDERED:**  Government's response to defendant's Motion to Dismiss and Strike the Forfeiture Allegation and Request for Return of Property is due by **November 13, 2007.**  Defendant may reply by **November 20, 2007.**

**ORDERED:**  Government's Motion to Authorize Involuntary Administration of Psychotropic Medication (Doc 235), filed 7/31/07 is **WITHDRAWN.**

Discussion regarding where the defendant will be house in light of 18 U.S.C § 4241(e), that if the Court finds by a preponderance of the evidence that the defendant has recovered, it shall order her immediate discharge from the medical facility.

Page Three
04-CR-00180-WDM
October 23, 2007

Mr. Kieffer request the defendant remain at the FMC in Carswell, Texas.

**ORDERED:**  Defendant shall remain at the FMC in Carswell, Texas not to exceed **January 18, 2008.**

Court and counsel discuss speedy trial deadlines.

### REARRAIGNMENT

Defendant sworn and answers true name;  Defendant is **51** years old.

Defendant advised of maximum penalties

Defendant advised of the sentencing guidelines.

Defendant advised of the potential of long term imprisonment.

Court inquires if the defendant admits essential elements of the crimes in counts 1 and 2 and determines she is unable to do so.

Court will take a brief recess.

**4:00 p.m.     COURT IN RECESS**

**4:20 p.m.     COURT IN SESSION**

After further inquiry of the defendant by the Court regarding excepting responsibility to the crimes she is pleading guilty to.

**ORDERED:**  Court will not accept the defendant's plea and counsel are directed to chambers to schedule trial consistent with speedy trial deadlines.

**4:28 p.m.     COURT IN RECESS**

**Total in court time:         76 minutes**

**Hearing concluded**