IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00180-WDM

United States of America,

      Plaintiff,

v.

1.    GWEN BERGMAN,

      Defendant.

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE COURT has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum pertaining to the above-named defendant for a motion to continue trial for ends of justice hearing before the United States District Court for the District of Colorado, on the 20th day of November 2007, at 2:00 p.m. The Court is familiar with the file in this case.

Being now informed in the premises, the Court hereby orders the Clerk of the United States District Court to issue such a Writ directing the United States Marshal and any other officer in whose custody the defendant may be held to bring the body of Gwen Bergman, (#32578-013), who is now in the custody of the Marshals Service at the Jefferson County Jail, 200 Jefferson County Parkway, Golden Colorado, before United States Judge Walker D. Miller, sitting at Denver, Colorado, on the 20th day of November 2007, at 2:00 p.m., and from day to day thereafter, for a motion to continue trial for ends of justice hearing in the United States District Court for the District of

Colorado in the above-entitled and pending cause; and to hold the said defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings described in the above-entitled cause in the United States District Court for the District of Colorado, the United States Marshal and any other officer in whose custody the defendant is held shall return the defendant to the institution where she was confined, under safe and secure conduct, and have then and there this Writ.

DATED at Denver, Colorado, this 8th day of November, 2007.

BY THE COURT:

WALKER D. MILLER
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO