IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 04-cr-00180-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GWEN BERGMAN,

    Defendant.

## MINUTE ORDER

The following minute order is entered by Judge Walker D. Miller.

Defendant recently filed a pro-se motion (Docket No. 270). Defendant is, however, represented by counsel. I do not allow hybrid presentation. *See United States v. Hill*, 526 F.2d 1019, 1024–25 (10th Cir. 1976) (acknowledging that allowing hybrid representation is in the discretion of the trial court); *Church v. Sullivan*, 942 F.2d 1501, 1514 (10th Cir. 1991) (holding that although the defendant had a right to conduct his own defense, "he had not right to some sort of 'hybrid' representation where he acted as co-counsel" (internal quotation and citation omitted)). Therefore, Defendant's pro-se motion is stricken.

Dated: December 4, 2007

                                                  s/ Kathy Preuitt-Parks, Deputy Clerk