IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 04-CR-00180-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GWEN BERGMAN,

    Defendant.
_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant, *pro se*, filed "Motion to: request immediate habeas corpus," etc. (doc. no. 285). Defendant is represented by counsel. Hybrid representation is not permitted. *See United States v.* Hill, 526 F.2d 1019, 1024-25 (10th Cir. 1976) (acknowledging that allowing hybrid representation is in the discretion of the trial court); *Church v. Sullivan*, 942 F.2d 1501, 1514 (10th Cir. 1991) (holding that although the defendant had a right to conduct his own defense, "he had no right to some sort of 'hybrid' representation where he acted as co-counsel" (internal quotation and citation omitted)). Therefore, defendant's *pro se* motion is stricken.

Dated: January 25, 2008

                                               s/ Jane Trexler, Judicial Assistant