IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 04-cr-00180-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GWEN BERGMAN,

    Defendant.

_____

**ORDER**
_____

Before me are various *pro se* motions filed by the defendant (doc. nos. 281, 288, 289, 290, 291 and 295) and defense counsel's Motion to Renew and Enforce Court's Order (doc. no. 294).  At the hearing defendant withdrew her *pro se* motions filed as doc. nos. 288, 289, 290 and 291.  I also note that defendant's *pro se* Motion for Reconsideration (doc. no. 281) and Motion to Dismiss (doc. no. 295) are *pro se* motions when defendant acknowledges she is represented by defense counsel and those motions should therefore be stricken because I do not allow so-called hybrid representation.

With regard to defense counsel's Motion to Renew and Enforce Court's Order, both counsel agree that the goal should be and has been to return the defendant to the Federal Medical Center, Carswell, in Fort Worth, Texas.  That was my intention by oral

PDF FINAL

order on October 23, 2007.  In particular, I take note of the Federal Medical Center's prognosis which prescribed:

> Ms. Bergman's prognosis is guarded.  She has responded favorably to the supportive and highly structured hospital environment.  However, her ability to remain coherent in thought and free of paranoid delusions without benefit of psychotropic medication is fragile and she is likely to decompensate in the face of significant stress.  Consequently, the forensic treatment team suggest that she remain in this environment until as close as possible to any future court appearance and that she be transferred from this institution to court as expediently as possible.

It is plainly in the interest of justice and a fair proceeding in this matter that the defendant be returned to Federal Medical Center, Carswell, immediately to be treated there until her necessary appearance in this court for motions hearings and trial.

It is therefore ordered:

1.  The United States Marshal Service shall immediately return the defendant to the Federal Medical Center, Carswell, together with all of her legal papers now in the possession of the Marshal Service.

2.  The Marshal Service shall return the defendant to Denver by Wednesday, March 26, 2008, in time for the scheduled motions hearing on March 27, 2008, at 1:30 p.m.

3.  Following the motions hearing, the defendant shall be returned to the Federal Medical Center until she is returned to Denver no later than May 2, 2008, for her trial scheduled to commence May 5, 2008.

4. The motions set forth in doc. nos. 288, 289, 290 and 291 are denied as moot.

5. The motions contained in doc. nos. 281 and 295 are stricken.

DATED at Denver, Colorado, on February 27, 2008.

BY THE COURT:


s/ Walker D. Miller

United States District Judge