**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: February 27, 2008
Court Reporter: Janet Coppock                          Time: 30 minutes
Probation Officer: n/a                                         Interpreter: n/a

---

**CASE NO.  04-CR-00180-WDM**

Parties                                                               Counsel

**UNITED STATES OF AMERICA,**                  David Conner

            Plaintiff,

vs.

**GWEN BERGMAN,**                                        Howard Kieffer

            Defendants.

---

**MOTIONS HEARING**

---

**1:35 p.m.      COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Court and counsel discuss pending motions.

Mr. Keiffer advises that the defendant wishes to withdraw her motions docketed as #288, #289, #290 and #291.

Court questions the defendant who concurs that she wishes to withdraw those motions.

**ORDERED:** Defendant's Motion to Appoint Counsel (Doc #288), filed 2/1/08 is **DENIED as MOOT.**

**ORDERED:** Defendant's Motion for Immediate Appointment of Counsel (Doc #289), filed 2/1/08 is **DENIED as MOOT.**

**ORDERED:** Defendant's Motion to Dismiss Counsel (Doc #290), filed 2/4/08 is **DENIED as MOOT**.

**ORDERED:** Defendant's Motion to Dismiss Counsel (Doc #291), filed 2/6/08 is **DENIED as MOOT**.

Comments by Mr. Kieffer in support of Defendant's Unopposed Motion to Renew and Enforce Court's Order for FMC Carswell Observation (Doc #294), filed 2/9/08.

Comments by Mr. Conner.

Further comments by Mr. Kieffer requesting that Ms. Bergman's legal materials be returned to FMC Carsell with Ms. Bergman.

**ORDERED:** Defendant's Unopposed Motion to Renew and Enforce Court's Order for FMC Carswell Observation (Doc #294), filed 2/9/08 is **GRANTED.** Written order shall issue.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**2:05 p.m.     COURT IN RECESS**

**Total in court time:          30 minutes**

**Hearing concluded**