# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WALKER D. MILLER

Courtroom Deputy: Valeri P. Barnes  　　　　　　　　　Date: March 27, 2008
Court Reporter: Janet Coppock

Criminal Action No. 04-cr-00180-WDM

*Parties:*　　　　　　　　　　　　　　　　　　　　　*Counsel:*

UNITED STATES OF AMERICA,　　　　　　　　　David Conner
　　　　　　　　　　　　　　　　　　　　　　　　　　James Russell
　　　Plaintiff,

v.

GWEN BERGMAN,　　　　　　　　　　　　　　　Howard Kieffer

　　　Defendant.

_____

## COURTROOM MINUTES
_____

**HEARING: Motions**

**1:32 p.m.　　Court in session.**

Defendant present in custody.

Also present: FBI Special Agent Todd Wilcox.

**ORDERED:** Defendant's Motion to Dismiss and Strike the Forfeiture Allegation and Request for Return of Property **(122)** is **denied.**

**ORDERED:** Defendant Bergman's Motion Requesting Notice of Government Intent to Introduce Evidence of Other Crimes, Wrongs, or Acts **(301)** is **denied as moot.**

**ORDERED:** Defendant Bergman's Request to Renew and Incorporate by Reference Discovery Motion Filed in Original Action on This Matter, and to Trigger

Ongoing Duties of Government Disclosure **(302)** is **denied as moot.**

**ORDERED:** Defendant Bergman's Motion for Government Production of all Materials Relevant Under the *Jencks* Act (18 U.S.C. § 3500; Fed.R.Crim.P.26.2); and *Brady v. Maryland*, 373 U.S. 83 (1963) **(303)** is **granted.** Government shall produce *Brady* materials as soon as the Government has them. All other materials due **April 22, 2008.**

**ORDERED:** Defendant Bergman's Request to Exclude Witnesses **(304)** is **granted.**

**ORDERED:** Defendant Bergman's Request for Notice of the Government's Intent to Use Evidence **(305)** is **denied as moot.**

**ORDERED:** Defendant Bergman's Notice of Request for Disclosure of Expert Witness Reports and Testimony **(306)** is **denied without prejudice.**

**ORDERED:** Defendant Bergman's Motion to Compel Production of Grand Jury Transcripts Preceding the Instant Superseding Indictment, Pursuant to Fed.R.Crim.P.6(e) **(307)** is **denied.**

**ORDERED:** Subpoena returns to the clerk of the court shall be **April 22, 2008**. The Government shall provide defense counsel copies upon receipt.

**ORDERED:** Defendant's Oral Motion to Return the Defendant to Carswell As Soon As Possible is **granted.**

**ORDERED:** Defended remanded to the custody of the United States Marshal.

**2:27 p.m.** **Court in recess/hearing concluded.**

Total in-court time: 00:55