# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE WALKER D. MILLER

### COURTROOM MINUTES

---

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: April 22, 2008 |
| Court Reporter: Janet Coppock | Time: 60  minutes |
| Probation Officer: n/a | Interpreter: n/a |

---

**CASE NO. 04-CR-00180-WDM**

<u>Parties</u>                                                      <u>Counsel</u>

**UNITED STATES OF AMERICA,**                 David Conner
                                                            Special Agent Todd Wilcox


            Plaintiff,

vs.

**GWEN EILEEN BERGMAN,**                        Howard Kieffer


            Defendant.

---

### TRIAL PREPARATION CONFERENCE

---

**8: 39 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant's appearance has been waived.

Mr. Kieffer advises that the defendant arrived at the Carswell facility last evening but does not have her legal documents.

United States Marshal Steve Wallisch indicates that now that the defendant has arrived at Carswell the documents will be forwarded to Ms. Bergman.

**ORDERED:**  United States Marshal's Service is directed to ship Ms. Bergman's
documents to her at Carswell, in her name.

Discussion regarding time needed to complete the trial.

Court and counsel discuss Judge Miller's Trial Procedures including jury selection of 13,
10 minute voir dire by counsel, 30 minute opening statements, witnesses and exhibits.

Mr. Keiffer advises with regard to the defendant's pending notice of appeal, the
appellate court has directed him to explain why that Court has jurisdiction to consider
the appeal, dismiss the appeal, or do nothing and the appeal will be dismissed for lack
of prosecution by April 28, 2008.

Discussion regarding counsel's positions as to when the forfeiture counsel should be
determined and by whom.

**ORDERED:**  If the Government proceeds on the forfeiture count, it will be part of the
trial and presented to the jury.

**ORDERED:**  Defendant's Motion to Wear Civilian Clothing During Trial (Doc #325), filed
4/21/08 is **GRANTED.**

Court and counsel discuss to what extent the custody issue may be presented to the
jury.

**ORDERED:**  Telephone conference set for **11:00 a.m. on May 1, 2008** to address any
pending pretrial matters.

Record should reflect that counsel have been provided copies of documents in
response to the subpoenas.

**ORDERED:**  Counsel shall advise the Court where they are with stipulations, number of
witnesses they intend to call and their estimated guess of the length of trial
by **April 30, 2008.**

**9:39 a.m.**      **COURT IN RECESS**

**Total in court time:**       **60 minutes**

**Hearing concluded**