IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 04-CR-00180-WDM

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

GWEN BERGMAN,

　　　　Defendant.
_____

**MINUTE ORDER**
_____

　　　　The following Minute Order is entered by Judge Walker D. Miller:

　　　　Defendant, *pro se*, filed a motion to return property on April 25, 2008 (doc. no. 333). Defendant is represented by counsel. Hybrid representation is not permitted. *See United States v. Hill*, 526 F.2d 1019, 1024-25 (10th Cir. 1976); *Church v. Sullivan*, 942 F.2d 1501, 1514 (10th Cir. 1991). Therefore, defendant's *pro se* motion is stricken.

Dated: April 25, 2008

　　　　　　　　　　　　　　　　　　　　　　　　s/ Jane Trexler, Judicial Assistant