IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 04-CR-00180-WDM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

GWEN BERGMAN,

 Defendant.

_____

**MINUTE ORDER**
_____

 The following Minute Order is entered by Judge Walker D. Miller:

 Defendant, *pro se,* filed two pleadings on June 6, 2008. Defendant is represented by counsel. Hybrid representation is not permitted. *See United States v. Hill*, 526 F.2d 1019, 1024-25 (10th Cir. 1976); *Church v. Sullivan*, 942 F.2d 1501, 1514 (10th Cir. 1991). Therefore, defendant's *pro se* filings (doc. nos. 349 & 350) are stricken.

Dated: June 11, 2008

                s/ Jane Trexler, Judicial Assistant