IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 04-cr-00180-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GWEN BERGMAN,

    Defendant.

_____

**ORDER**
_____

    It has been suggested that Howard O. Keiffer who entered his appearance as Defendant's counsel is not a licensed attorney. He has now been suspended and removed from the role of attorneys authorized to practice before this Court by the Court's Disciplinary Panel. Given the fact that Mr. Keiffer represented the Defendant in a trial to this court without a jury which concluded with a guilty verdict, I am considering ordering a mistrial and vacating the verdict. Pursuant to Fed. R. Crim. P. 26.3, the

PDF FINAL

parties shall file their comments regarding the propriety of such an order on or before July 18, 2008.

DATED at Denver, Colorado, on July 8, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge