IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 04-CR-00180-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GWEN BERGMAN,

    Defendant.

_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant, *pro se*, filed 3 motions: doc. nos. 371, 372 & 373. Defendant is represented by counsel. Hybrid representation is not permitted. Therefore, defendant's *pro se* filings are stricken.

Dated: July 24, 2008

                                                               s/ Jane Trexler, Judicial Assistant