# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE WALKER D. MILLER

### COURTROOM MINUTES

---

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: September 15, 2008 |
| Court Reporter: Darlene Martinez | Time: 20 minutes |
| Probation Officer:   Jan Woll | Interpreter: n/a |

**CASE NO.  04-CR-00180-WDM**

<u>Parties</u>                                                    <u>Counsel</u>

**UNITED STATES OF AMERICA,**                    David Conner
                                                                   Gregory Holloway


           Plaintiff,

vs.

**GWEN BERGMAN,**                                       E.J. Hurst



           Defendant.

---

### STATUS CONFERENCE

---

**11:00 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Mr. Hurst appears by telephone.  Also present is Martha Eskesen.  Defendant appears by telephone and in custody.

**Defendant's Pro Se Motion for Reconsideration (Doc #356), filed 6/20/08.**

**Motion to Withdraw as Attorney by E.J. Hurst (Doc #388), filed 8/2/08.**

**Second Motion to Withdraw as Attorney by E.J. Hurst (Doc #390), filed 8/1/2/08.**

Discussion regarding defendant's financial status and if she meets the requirements for court appointed counsel.

Ms. Eskesen agrees to accept the appointment to represent the defendant, who has no objections.

**ORDERED:**  Martha Eskesen is appointed, pursuant to the Criminal Justice Act.

Discussion regarding how this case should proceed and time needed by Ms. Eskesen to make that decision.

Record should reflect that Howard Kieffer, defendant's previous attorney, has been suspended by this Court and no longer has any authority to appear.  The record should further reflect that Mr. Kieffer has not presented any evidence that he was ever authorized to practice law, taken the bar examinations or graduated from law school.

Discussion regarding defendant's estimated guideline calculations.

**ORDERED:**  The memorandum containing the probation departments estimated guideline calculations shall be provided to counsel.

**ORDERED:**  Motion to Withdraw as Attorney by E.J. Hurst (Doc #388), filed 8/2/08 and Second Motion to Withdraw as Attorney by E.J. Hurst (Doc #390), filed 8/1/2/08 will be **GRANTED**, upon the Court being notified that all discovery has been provided to Ms. Eskesen by Mr. Hurst and Mr. Kieffer.

**ORDERED:**  Motions deadline is **October 15, 2008.**  Government's responses are due **October 31, 2008.**

**ORDERED:**  Sentencing scheduled for October 14, 2008 is **VACATED.**

**ORDERED:**  Defendant's Pro Se Motion for Reconsideration (Doc #356), filed 6/20/08 is **STRICKEN.**

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**11:20 a.m.  COURT IN RECESS**

**Total in court time:        20 minutes           Hearing concluded**