IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 04-CR-00180-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GWEN BERGMAN,

    Defendant.

_____

**MINUTE ORDER**
_____

The following Minute Order is entered by Judge Walker D. Miller:

Defendant, *pro se*, filed a motion on May 11, 200 (doc. no. 468).  Defendant is represented by counsel.  Hybrid representation is not permitted.  *See United States v. Hill*, 526 F.2d 1019, 1024-25 (10th Cir. 1976); *Church v. Sullivan*, 942 F.2d 1501, 1514 (10th Cir. 1991).  Therefore, if this court has jurisdiction, defendant's *pro se* motion is stricken.

Counsel is reminded she has not been allowed to withdraw

Dated: May 28, 2009

                                                                 s/ Jane Trexler, Judicial Assistant