IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 04-cr-00180-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GWEN BERGMAN,

    Defendant.

_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant, *pro se*, filed motions on August 27, 2009 (doc. nos. 483 & 484). Defendant is represented by counsel. Hybrid representation is not permitted. *See United States v. Hill*, 526 F.2d 1019, 1024-25 (10th Cir. 1976); *Church v. Sullivan*, 942 F.2d 1501, 1514 (10th Cir. 1991). Therefore, if this court has jurisdiction, defendant's *pro se* motions are stricken.

Dated: August 28, 2009

                                                                  s/ Jane Trexler, Judicial Assistant