IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Criminal Action No. 04-cr-00180-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GWEN BERGMAN,

    Defendant.

_____

**ORDER**
_____

This matter is before me on a pleading styled "Notice of Filing of Petition for Rehearing and Statement Regarding Jurisdiction" (Doc. No. 494) wherein Defendant's trial counsel recites part of the history of this matter and informs me that Defendant has petitioned the United States Court of Appeals for the Tenth Circuit ("Court of Appeals") for rehearing *en banc* and that no mandate has issued concerning Defendant's appeal. Counsel's history did not include the reality that she has not been released from her representation of Defendant in this court. Counsel concludes with the precatory suggestion that I should vacate the scheduled May 4, 2010 hearing because "jurisdiction does not lie in this court." To the extent counsel's request may be deemed a motion, it is denied as this court does retain jurisdiction over collateral matters not directly involved in the appeal pending before the Court of Appeals. *See United States v. Prows*, 448 F.3d 1223, 1228 (10th Cir. 2006). Matters concerning attorney

representation of the Defendant before this court, and not before the Court of Appeals, are collateral matters which remain subject to this court's jurisdiction, including any appropriate sanctions.

DATED at Denver, Colorado, on April 9, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge