IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 04-cr-00180-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GWEN BERGMAN,

    Defendant.

_____

**MINUTE ORDER**
_____

The following Minute Order is entered by Judge Walker D. Miller:

A status hearing will be held **June 3, 2010, at 10:30 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: June 1, 2010

                                                s/ Jane Trexler, Judicial Assistant