IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 04-cr-00180-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GWEN BERGMAN,

    Defendant.

_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant's *pro se* motion for recusal (Doc. No. 511) is stricken because she is represented by counsel and hybrid representation is not permitted.

    Counsel are directed to file their statements of position on or before June 21, 2010, concerning whether a current competency hearing should be held.

    A further status hearing will be held **June 28, 2010, at 1:30 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

    If applicable, time from today until July 5, 2010, is excluded from speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(1) to allow competency determination.

    It is ordered that Defendant be returned to the Federal Medical Center at Carswell immediately.

Dated: June 3, 2010

                                                 s/ Jane Trexler, Judicial Assistant