IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 04-cr-00180-WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

GWEN BERGMAN,

     Defendant.

_____

## MINUTE ORDER

_____

The following Minute Order is entered by Judge Walker D. Miller:

Hearing (1 day) on whether this court can make a retrospective competency determination will be held **October 5, 2010, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: June 28, 2010

s/ Jane Trexler, Judicial Assistant