IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 04-cr-180-WDM

UNITED STATES OF AMERICA,

Plaintiff,

v.

GWEN BERGMAN,

Defendants.

_____

**ORDER**

_____

This matter comes before me on Defendant's oral Motion to Determine Current Competency of Defendant.

I find that there exists reasonable cause to believe that Defendant may be mentally incompetent to understand retroactive competency determination proceedings or to assist in her defense. Following briefings by counsel and hearing, I am sufficiently advised to proceed.

Accordingly, pursuant to 18 U.S.C. §§ 4241 and 4247(b), it is ordered:

1.      A psychiatric examination of Defendant shall be conducted at Carswell Federal Medical Center, Fort Worth, Texas, where she is in custody.

2.      Upon completion of the examination, the examining physician shall prepare a psychiatric report complying with 18 U.S.C. § 4247(c) and file the same with the court, with copies provided to counsel by November 8, 2010.

3.      The parties shall file their respective statements of position concerning

Defendant's competency to proceed on or before November 20, 2010.

4.      Counsel shall set a hearing on current competency with my chambers on

a date no later than December 15, 2010.

DATED at Denver, Colorado, on October 7, 2010.

_____
Walker D. Miller
United States Senior District Judge