IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 04-cr-00180-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GWEN BERGMAN,

      Defendant.

_____

**MINUTE ORDER**
_____

The following Minute Order is entered by Judge Walker D. Miller:

A competency hearing will be held **December 14, 2010, at 9:00 a.m.** (all day) in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Defendant may participate by telephone.  (Counsel should arrange for her participation.)

Dated: November 18, 2010

                                                      s/ Jane Trexler, Judicial Assistant