IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

_____

Courtroom Deputy: Deborah Hansen           Date:   January 13, 2011
Court Reporter:     Tracy Weir

_____

Criminal Case No.  04-cr-00180-WDM           Counsel:

UNITED STATES OF AMERICA,                    David Conner

    Plaintiff,
v.

GWEN BERGMAN,                                Daniel Smith

    Defendant.

_____

COURTROOM MINUTES
_____

HEARING - Hearing re competency - Day Two

09:04 am.     Court in Session

Defendant is present and in custody.

Mr. Conner requests that the Court take judicial notice of its file and the proceedings of 04-cr-00180, in the first instance.

Mr. Conner and Mr. Smith have talked about making the CD of the records from Carswell Medical Facility an exhibit.

Discussion

The Government Rests.

**DEFENSE WITNESS DR. SUSAN BOGRAD**
09:11 Direct (by Mr. Smith)

                                                  EXHIBITS IDENTIFIED, OFFERED
                                                  AND RECEIVED: U

The defense moves to qualify Dr. Susan Bograd as a expert in psychiatry.

The Government does not object.

ORDERED:   Dr. Susan Bograd is qualified as an expert in psychiatry.

09:12  Direct continued

                                                  EXHIBITS IDENTIFIED, OFFERED
                                                  AND RECEIVED: P

09:42  Cross (by Mr. Conner)

10:28  Court in Recess
10:53  Court in Session

**DEFENSE WITNESS DR. SUSAN BOGRAD**
10:53  Cross continued (by Mr. Conner)

                                                  EXHIBITS IDENTIFIED, OFFERED
                                                  AND RECEIVED: 7

11:10 Redirect (by Mr. Smith)

11:16  Court

11:26  Recross (by Mr. Conner)

Witness is excused.

Mr. Smith's comments re CD of the records from Carswell.

Mr. Smith does not see a need to mark and enter into the evidence the CD as an exhibit.

Defense rests.

Discussion re submitting written argument

**ORDERED:   Simultaneous proposed findings and conclusions shall be submitted by Friday, January 28, 2011.**

**ORDERED:** **The secondary issue of ordering a new trial remains, one that will be ripe if the Court agrees with the Government on competence, and shall be taken up in the future.**

The Court addresses the pending motions filed by the defendant *pro se*.

**ORDERED:** **1)** **Pro Se Motion to: Proceed Under Rule 33, (Doc No. 582), filed 1/6/2011, is DENIED WITHOUT PREJUDICE as being inconsistent with representation of counsel.**

**2)** **Pro Se Motion To: Order The Marshalls To Authorize Federal Medical Center Carswell Texas to Send Defendants Boxes/Property to Colorado Marshalls in Denver or Attorney Daniel Smith Office or Defendants Address: To Be Provided To Defendant Upon Request (Doc No. 583), filed 1/6/11, is DENIED WITHOUT PREJUDICE as being inconsistent with representation of counsel.**

**3)** **Pro Se Addendum To: December 1, 2010 Motion for Judicial Determination (Doc No. 584), filed 1/10/11, is DENIED WITHOUT PREJUDICE as being inconsistent with representation of counsel.**

**4)** **Pro Se Motion For: District Court to Order Return of Twenty Five Dollars Taken From Defendant By Teller County And Provide Kosher Meals (Doc No. 585), filed 1/10/11, is DENIED WITHOUT PREJUDICE as being inconsistent with representation of counsel.**

Mr. Conner's comments

After the hearing today Mr. Conner will submit to the Court a clean copy of Exhibit 7. A clean copy of Exhibit 7 will be marked and added to the binder of original exhibits, and added to the Court's copies of exhibits.

Mr. Smith's comments

The defense requests that the Court request of the United States Marshal Service to return Ms. Bergman to the Carswell Medical Facility as soon as possible.

Court's comment's re Rule 43

The Court would not preclude the defendant from appearing, but the current regimen seems to be to avoid travel.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

The Court requests that the U.S. Marshal return the defendant to the Carswell Medical Facility.

| | |
|---|---|
| 11:43 a.m. | Court in Recess |
| | Hearing concluded |
| | Time: 2/14 |

*Clerk's Note: A Stipulation And Order Regarding Custody of Exhibits is signed.