IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Criminal Action No.   04-cr-00180-WDM

UNITED STATES OF AMERICA,

Plaintiff,

v.

GWEN BERGMAN,

Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the hearing, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 18th day of January 2011.

BY THE COURT:

_____
Senior Judge Walker D. Miller

_____
Attorney for Government

will substitute Government's Exhibit 7

_____
Attorney for Defense